**No. 19-1782**
*Edwards v. CSX Transportation*
**List of parties and counsel**

**Appellee:**
CSX Transportation, Inc.

**Appellee's counsel:**
April N. Ross
Scott L. Winkelman
Amanda S. Berman
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500
aross@crowell.com
swinkelman@crowell.com
aberman@crowell.com

Henry L. Kitchin, Jr.
McGuire Woods LLP
P.O. Box 599
Wilmington, NC 28401
(910) 254-3800
hkitchin@mcguirewoods.com

**Appellants:**
Jimmy Edwards
Robert Hunt
Dolores Hunt
Clifford McKellar, Jr.
Emma McKellar
Antoinette Moore
West Lumberton Baptist Church
Currie Chainsaw, Inc.
C.J.M. Ventures, Inc.
William Locklear d/b/a Strickland's
    Barbershop
TBL Environmental Laboratory, Inc.
Sammy's Auto Sales, Inc.
Linda Sampson
Eric Chavis

**Appellants' counsel:**
William F. Cash III
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7059
bcash@levinlaw.com